UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LESLIE MICHELLE GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>WAL-MART STORES EAST, LP;<br>WALMART INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:21-CV-05023-JPB |

### ORDER

This matter is before the Court on the parties' Notice of Settlement [Doc. 28]. In light of the settlement, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents. If settlement negotiations fail, the parties need only file a motion to reopen the case within the time period covered by this Order.

The parties are **ORDERED** to file the appropriate documents to dispose of this case within ninety days. Absent an extension or further order of the Court, if

no request to reopen the case is made within the ninety days, the Court may dismiss the case with prejudice.

**SO ORDERED** this 8th day of September, 2022.

_____
J. P. BOULEE
United States District Judge